JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 1867

SEP - 6 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1867

### IN RE General Motors OnStar Contract Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On August 17, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Sean F. Cox.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Cox.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of August 17, 2007, and, with the consent of that court, assigned to the Honorable Sean F. Cox.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel



OFFICIAL FILE COPY

IMAGED SEP 1 0 2007

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1867
## IN RE General Motors OnStar Contract Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  2  07-4303 | Charlotte M. Fischer v. American Honda Motor Co., Inc., et al. |
| CAC  2  07-4402 | Kenneth Hounsel, et al. v. General Motors Corp., et al. |
| CAC  2  07-4440 | Connie Haywood, et al. v. Volkswagen of America, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  07-3651 | John Irvine v. General Motors Corp., et al. |
| CAN  3  07-3806 | Sandra Williams, et al. v. General Motors Corp. |
| **ILLINOIS NORTHERN** | |
| ILN  1  07-4153 | Carey Stein, et al. v. General Motors Corp., et al. |
| **LOUISIANA MIDDLE** | |
| LAM  3  07-593 | Cheryl Nicholas v. General Motors Corp. |
| **SOUTH CAROLINA** | |
| SC  3  07-2303 | Tammy Hammond v. OnStar Corp., et al. |