**MDL 1867**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2007

FILED
CLERK'S OFFICE

IN RE: ONSTAR CONTRACT LITIGATION
Gladys R. Butler v. OnStar Corp., et al., )
    N.D. Ohio, C.A. No. 1:07-3016         )         MDL No. 1867

## CONDITIONAL TRANSFER ORDER (CTO-5)

On August 17, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, nine additional actions have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Sean F. Cox.

It appears that the action on this conditional transfer order involves questions of fact that are common to the action previously transferred to the Eastern District of Michigan and assigned to Judge Cox.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of August 17, 2007, and, with the consent of that court, assigned to the Honorable Sean F. Cox.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**    IMAGED NOV 2 2007